UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  
    ALBERT LAFORTE  
    DONNA M LAFORTE  
        Debtors

Case No. 08-10333

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on <u>04/25/2008</u>.

    2) The plan was confirmed on <u>08/15/2008</u>.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>01/27/2009</u>.

    5) The case was converted on <u>02/06/2009</u>.

    6) Number of months from filing to last payment: <u>6</u>.

    7) Number of months case was pending: <u>14</u>.

    8) Total value of assets abandoned by court order: <u>NA</u>.

    9) Total value of assets exempted: <u>$    14,600.00</u>.

    10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

    11) All checks distributed by the trustee relating to this case may not have cleared the bank.

**UST Form 101-13-FR-S (4/1/2009)**

| **Receipts:** | |
|---|---|
| Total paid by or on behalf of the debtor | $5,505.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$5,505.00** |

| **Expenses of Administration:** | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $303.24 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$303.24** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABC FINANCIAL SRV | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| ACC INTERNATIONAL | Unsecured | 76.80 | NA | NA | 0.00 | 0.00 |
| AD PARK PEDIATRICS ASSOC | Unsecured | 60.22 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 4,241.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 17,387.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 30,475.00 | NA | NA | 0.00 | 0.00 |
| BEST BUY/HRS | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| BIEHL & BIEHL | Unsecured | 32.25 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,409.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 10,339.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 3,532.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 4,242.73 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 36,000.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO INSTITUTE OF NEUROSURG | Unsecured | 867.80 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 5,701.14 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 5,200.00 | NA | NA | 0.00 | 0.00 |
| CITICARDS PRIVATE LABEL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ELMHURST RADIOLOGISTS | Unsecured | 18.40 | NA | NA | 0.00 | 0.00 |
| EMCC/GREAT LAKES | Unsecured | 1,007.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 1,560.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 35,083.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 12,594.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 9,227.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 1,352.80 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| GMAC RESCAP LLC | Secured | NA | NA | NA | 0.00 | 0.00 |
| GMAC RESCAP LLC | Secured | 5,000.00 | 5,000.00 | 5,000.00 | 4,996.76 | 0.00 |
| GOTTLIEB COMMUNITY HLTH SVCS | Unsecured | 738.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GOTTLIEB MEMORIAL HOSPITAL | Unsecured | 592.17 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Unsecured | 3,066.44 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Unsecured | 13,689.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 2,900.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION | Unsecured | 954.80 | NA | NA | 0.00 | 0.00 |
| IPM INC | Unsecured | 4,242.73 | NA | NA | 0.00 | 0.00 |
| KUBIESA SPIROFF GOSSELAR PIPER | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| LOWES | Unsecured | 625.02 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 493.54 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT SYSTEMS | Unsecured | 4,241.96 | NA | NA | 0.00 | 0.00 |
| PAMELA MCNABB | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,579.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 29,903.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 11,455.00 | NA | NA | 0.00 | 0.00 |
| PRO CONSULTING SERVICES INC | Unsecured | 3,066.44 | NA | NA | 0.00 | 0.00 |
| RJM PATHOLOGY CONSULTANTS | Unsecured | 24.20 | NA | NA | 0.00 | 0.00 |
| SCOTTSDALE COLLECTION | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST SPINE & SPORT | Unsecured | 302.40 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | NA | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Unsecured | 5,172.00 | NA | NA | 0.00 | 0.00 |
| US WEST/US BANK | Unsecured | 17,379.00 | NA | NA | 0.00 | 0.00 |
| USA CLOSET | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| WEBSTER BANK | Secured | NA | NA | NA | 0.00 | 0.00 |
| WEBSTER BANK | Secured | 2,403.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL INC | Secured | 2,403.00 | 2,403.00 | 2,403.00 | 205.00 | 0.00 |
| WEST SUBURBAN MULTI SPECIALTY | Unsecured | 87.60 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,000.00 | $4,996.76 | $0.00 |
| Debt Secured by Vehicle | $2,403.00 | $205.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,403.00** | **$5,201.76** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (4/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $303.24 |
| Disbursements to Creditors | $5,201.76 |
| **TOTAL DISBURSEMENTS** : | **$5,505.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/25/2009                    By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**